IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. JKB-11-0383 |
| DONALD TYRONE GROSS, | |
| Defendant. | |

### MEMORANDUM AND ORDER

On April 13, 2022, the Court sentenced the Defendant to 36 months of imprisonment for violation of the terms of supervised release previously imposed on him (the "April 2022 Judgment"). (ECF No. 116.) The Defendant, though counsel, appealed to the United States Court of Appeals for the Fourth Circuit. (ECF No. 119.) While that appeal was pending, the Defendant filed two pro se motions: A Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 133), and a Motion for Summary Judgment (ECF No. 139) (collectively, the "Pro Se Motions").

On September 19, 2024, before the case was scheduled for oral argument before the Court of Appeals, the parties filed a notice with that Court indicating their agreement that the sentence should be vacated, because this Court had committed a procedural error under *United States v. Rogers*, 961 F.3d 291 (4th Cir. 2021). (ECF No. 142-1.) Accordingly, the Court of Appeals vacated the sentence and remanded for resentencing. (ECF Nos. 142–43.)

Upon remand, the Court conducted a full resentencing hearing on December 4, 2024. At the conclusion of that hearing, the Court again imposed a sentence of 36 months of imprisonment, to be followed by 24 months on supervised release. An Amended Judgment followed (the "December 2024 Judgment"). (ECF No. 151.)

Because the Pro Se Motions are directed toward a vacated judgment (*i.e.*, the April 2022 Judgment) that has since been superseded (by the December 2024 Judgment), those Motions are now moot, and will be denied on that ground.

Accordingly, it is ORDERED that the Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 133) and the Motion for Summary Judgment (ECF No. 139) are DENIED AS MOOT.

DATED this 27 day of February, 2025.

BY THE COURT:

James K. Bredar
United States District Judge